IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHEEM HANIF,

      Plaintiff,                    No. CIV S-09-3202 EFB P

    vs.

DORA RIOS, et. al,

      Defendants.           ORDER

_____/

    Plaintiff is confined in a county jail and is proceeding without counsel in an action brought under 42 U.S.C. §1983.

    To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

////

////

////

////

1

1    Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail
3 to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this
4 order will result in a recommendation that this action be dismissed.
5 Dated:   September 7, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE